WEB ROGERS, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 5595.   Promulgated June 21, 1927.

A joint return of husband and wife having been filed for the calendar year 1922, separate returns may not be subsequently filed for that year.

*George G. Witter, Esq.,* for the respondent.

This proceeding results from the determination of a deficiency in income tax for the calendar year 1922, in the amount of $64.65. The question to be decided is whether the petitioner, who, together with his wife, filed a joint return of income for the calendar year 1922, may subsequently file a separate return of income for that year on the basis of the community property law of Texas. There were no appearances for the petitioner and we make our findings of fact from the admissions contained in the answer filed by the respondent.

FINDINGS OF FACT.

Petitioner is an individual residing at Marshall, Tex. He filed a joint return of income for himself and wife for the calendar year 1922, and subsequent thereto endeavored to file a separate return of income for the calendar year 1922.

OPINION.

MILLIKEN: We have decided in *R. Downes, Jr., v. Commissioner,* 5 B. T. A., 1029, that where a man and wife living in Louisiana filed a joint return and included therein the income of both, they could not subsequently file a return on a separate basis under the community property law. This proceeding falls squarely within that decision.

*Judgment will be entered for the respondent.*